FILED ___ LODGED
RECEIVED ___ COPY

NOV 22 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | NO.  CR-16-01412-PHX-DJH(DKD) |
| v. | **INDICTMENT** |
| Francisco Javier Cabrera-Soto,<br>a.k.a.: Javier Cabrera,<br>a.k.a.: Fortunato Cabreras-Soto, | VIO:   8 U.S.C. § 1326(a) and (b)(1)<br>(Reentry of Removed Alien) |
| Defendant. | |

THE GRAND JURY CHARGES:

On or about September 12, 2012, at or near Phoenix, in the District of Arizona, FRANCISCO JAVIER CABRERA-SOTO, an alien, was found in the United States of America after having been previously denied admission, excluded, deported, and removed from the United States at or near El Paso, Texas, on or about June 19, 2008, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission.

In violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: November 22, 2016

JOHN S. LEONARDO
United States Attorney
District of Arizona

/S/
SHEILA PHILLIPS
Assistant U.S. Attorney